NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGENERON PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

**v.**

**MYLAN PHARMACEUTICALS INC., BIOCON BIOLOGICS INC.,**
*Defendants-Appellants*

**AMGEN USA, INC., CELLTRION, INC., SAMSUNG BIOEPIS CO., LTD., FORMYCON AG, AMGEN INC.,**
*Defendants*

---

2024-2002

---

Appeal from the United States District Court for the Northern District of West Virginia in Nos. 1:22-cv-00061-TSK-JPM, 1:23-cv-00089-TSK-JPM, 1:23-cv-00094-TSK-JPM, 1:23-cv-00097-TSK-JPM, 1:23-cv-00106-TSK-JPM, 1:24-cv-00039-TSK-JPM, 1:24-cv-00053-TSK, 1:24-md-03103-TSK-JPM, Chief Judge Thomas S. Kleeh.

---

## O R D E R

The parties, having so agreed,

IT IS ORDERED THAT:

2       REGENERON PHARMACEUTICALS, INC. v. MYLAN
                                   PHARMACEUTICALS INC.

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

April 16, 2025
     Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE**: April 16, 2025